**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 16–10554–TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Carol A. Rupinski
   fka Carol A Brocklehurst
   18307 Cole Road
   Conneautville, PA 16406

Social Security No.:
   xxx–xx–8068

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335<br>Telephone number: 814.724.1165 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412–471–5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>November 29, 2016<br>10:00 AM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 | CONFIRMATION HEARING DATE/TIME/LOC<br>November 29, 2016<br>10:00 AM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 10/5/16

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 16-10554-TPA
Carol A. Rupinski                                                              Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy              Page 1 of 2              Date Rcvd: Oct 05, 2016
                              Form ID: rsc13          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2016.
```
db            +Carol A. Rupinski,    18307 Cole Road,    Conneautville, PA 16406-4019
14242290      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
14242291      +Claims Recovery Systems,    POB 703,    Carnegie, PA 15106-0703
14269298      +Commonwealth of Pennsylvania, Dept L&I,    Office of UC Benefits & Policy,
               651 Boas Street, 6th Floor,    Harrisburg, PA 17121-0725
14242292      +First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3401
14242293      +First National Collection Bureau, Inc.,    610 Waltham Way,    Sparks, NV 89434-6695
14242294      +Fnb Consumer Disccount Co,    908 Park Avenue,    Meadville, PA 16335-3331
14242295      +HSBC Bank,    POB 5253,    Carol Stream, IL 60197-5253
14242297       LVNV Funding LLC,    PO Box 10548,    Greenville, SC 29603
14242296       Linebarger Goggan Blair & Sampson, LLP,    P.O. Box 90128,    Harrisburg, PA 17109-0128
14277622     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
               P.O. Box 619096,    Dallas, TX 75261-9741)
14242300      +Nco Financial,    Pob 15273,    Wilmington, DE 19850-5273
14242301      +Northwestern REC,    22534 State Highway 86, POB 207,    Cambridge Springs, PA 16403-0207
14242302      +PA Department of Labor & Industry,    Unemployment Compensation,    651 Forster Street #6,
               Harrisburg, PA 17121-0001
14242306      +Progressive,    6300 Wilson Mills Road,    Cleveland, OH 44143-2182
14242307      +Rebecca S. Ankenbauer,    18260 Cole Road,    Conneautville, PA 16406-4018
14242308      +Seneca Motors, Inc,    3368 State Route 257,    Seneca, PA 16346-2534
14242309      +Sharp Collections, Inc.,    114 North Mercer Avenue,    P.O. Box 81,    Sharpsville, PA 16150-0081
14242310      +Sky Bank,    119 East Fifth Street,    East Liverpool, OH 43920-3030
14242311      +Valley Dental Center,    906 Washington Street,    Conneautville, PA 16406-7138
14242312      +Windstream,    2 North Main Street,    Attn: Alice Peace,    Greenville, SC 29601-4874
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 06 2016 01:46:32      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
14242289      +E-mail/Text: g17768@att.com Oct 06 2016 01:45:48      AT&T Services, Inc.,
               Karen A. Cavagnaro - Lead Paralegal,    One AT&T Way, Room 3A 231,    Bedminster, NJ 07921-2693
14242288      +E-mail/Text: EBNProcessing@afni.com Oct 06 2016 01:46:52      Afni, Inc.,    Attn: Bankruptcy,
               Po Box 3097,    Bloomington, IL 61702-3097
14242305       E-mail/Text: blegal@phfa.org Oct 06 2016 01:46:43      PHFA-HEMAP,    211 North Front Street,
               POB 8029,    Harrisburg, PA 17105-8029
14242303      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 06 2016 01:46:32
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
14242304       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 06 2016 01:46:32
               Pennsylvania Department of Revenue,    Bureau of Compliance,    Dept 280948,
               Harrisburg, PA 17128-0946
                                                                                              TOTAL: 6
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Nationstar Mortgage LLC
14242298*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy,    350 Highland Drive,
               Lewisville, TX 75067)
14273803*    ++PENNSYLVANIA HOUSING FINANCE AGENCY,    211 NORTH FRONT STREET,    HARRISBURG PA 17101-1406
              (address filed with court: PHFA/HEMAP,    211 NORTH FRONT ST,    PO BOX 8029,
               HARRISBURG, PA 17105)
14242299     ##+Nco Financial,    Po Box 15636,    Wilmington, DE 19850-5636
                                                                                   TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-1          User: culy                  Page 2 of 2                   Date Rcvd: Oct 05, 2016
                              Form ID: rsc13              Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2016 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Carol A. Rupinski dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```