# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
| | : | Bankruptcy No:  16-10554-TPA |
| | : | |
| **Carol Rupinski,** | : | |
| *Debtor(s),* | : | Chapter 13 |
| | : | |
| Vs. | : | |
| | : | |
| **Lvnv Funding LLC**, | : | |
| *Movant(s)* | : | |

### NOTICE OF
### CHANGE OF ADDRESS


**Creditor Name:**     **Lvnv Funding LLC**
**Incorrect Address:**     **PO Box 10548 Greenville, SC 29603**

**Correct Address:**     **200 Meeting St Ste 206 Greenville, SC 29601**



Respectfully Submitted,

Date: <u>October 11, 2016</u>

/s/ Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors