**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 16-10554-TPA |
| | : | |
| Carol A Rupinski | : | CHAPTER 13 |
| Debtor, | : | |
| | : | DOCKET NO.: |
| Carol A Rupinski, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Sharp Collections Inc, | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON OBJECTION TO THE**
**PRIORITY PROOF OF CLAIM FILED BY SHARP COLLECTIONS INC.**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than **January 25, 2018** according to Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **February 7, 2018 at 9:30 am at Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.** Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Mailing or other service: **January 8, 2018**

                                                  Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158

**CERTIFICATE OF SERVICE**

      I, the undersigned Head Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Notice and Order Setting Hearing along with OBJECTION TO THE PRIORITY PROOF OF CLAIM FILED BY SHARP COLLECTIONS INC.**, by Certified Mail, U.S. Postage Paid on the parties below.

| | |
|---|---|
| Executed on: **January 8, 2018** | *By: /s/ Clarissa Bayhurst* |
| | Clarissa Bayhurst, Head Paralegal |
| | FOSTER LAW OFFICES |
| | PO Box 966 |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Carol A Rupinski
18307 Cole Road
Conneautville, PA 16406

Sharp Collections Inc
c/o Vera Hoover
114 North Mercer Avenue
Sharpsville PA 16150