FILED
1/26/18 12:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **BANKRUPTCY CASE NO. 16-10554-TPA** |
| | : | |
| **Carol A Rupinski** | : | **CHAPTER 13** |
| Debtor, | : | |
| | : | **DOCKET NO.:   47** |
| **Carol A Rupinski,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Sharp Collections Inc,** | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**ORDER REGARDING OBJECTION TO THE PRIORITY PROOF OF CLAIM FILED BY**
**SHARP COLLECTIONS INC.**

**AND NOW,** this _____26th_____ day of _____January_____, 2018, upon consideration of

the Objection to Sharp Collection Inc.'s priority Proof of Claim filed by the Debtor, it is hereby **ORDERED,**

**ADJUDGED AND DECREED** as follows:

1. The priority claim of Sharp Collections Inc. is stricken.

2. The Claim propose an unsecured balance of Two Hundred Forty-Five Dollars ($245.00) for the

   collection of Per Capita Taxes

BY THE COURT

jlm

Thomas P Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-10554-TPA
Carol A. Rupinski                                                         Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy              Page 1 of 1              Date Rcvd: Jan 26, 2018
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2018.
db              +Carol A. Rupinski,    18307 Cole Road,    Conneautville, PA 16406-4019
14242309        +Sharp Collections, Inc.,    114 North Mercer Avenue,    P.O. Box 81,    Sharpsville, PA 16150-0081

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2018 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Carol A. Rupinski dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 5