**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 16-10554-TPA |
| | : | |
| **Carol A Rupinski** | : | CHAPTER 13 |
| Debtor, | : | |
| | : | DOCKET NO.: |
| **Carol A Rupinski,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Sharp Collections Inc,** | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned Head Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Order Regarding Objection to the Priority Proof of Claim filed by Sharp Collections Inc.** by Certified Mail, U.S. Postage Paid on the parties below.

Executed on: **January 29, 2018**           *By: /s/ Clarissa Bayhurst*
                                                                                            Clarissa Bayhurst, Head Paralegal
                                                                            FOSTER LAW OFFICES
                                                                            PO Box 966
                                                                            Meadville, PA 16335
                                                                            Tel 814.724.1165
                                                                            Fax 814.724.1158

| | |
|---|---|
| Office of the United States Trustee | Carol A Rupinski |
| Liberty Center. | 18307 Cole Road |
| 1001 Liberty Avenue, Suite 970 | Conneautville, PA 16406 |
| Pittsburgh, PA 15222-3721 | |
| | Sharp Collections Inc |
| Ronda J. Winnecour | c/o Vera Hoover |
| Suite 3250, USX Tower | 114 North Mercer Avenue |
| 600 Grant Street | Sharpsville PA 16150 |
| Pittsburgh, PA 15219-2702 | |