# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
CAROL A. RUPINSKI                                              Case No. 16-10554TPA

                Debtor(s)
RONDA J. WINNECOUR,                                            Chapter 13
Standing Chapter 13 Trustee,

                Movant                         Document No __
       vs.
PA DEPARTMENT OF REVENUE*

                Respondents

## NOTICE OF FUNDS ON RESERVE

  The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

PA DEPARTMENT OF REVENUE*                         Court claim# /Trustee CID# 2
BUR OF COMPL SECT-DEPT 280946
STRAWBERRY SQ
HARRISBURG, PA 17128

The Movant further certifies that on 06/26/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                                      /s/ Ronda J. Winnecour
                                                      RONDA J WINNECOUR PA ID #30399
                                                      CHAPTER 13 TRUSTEE WD PA
                                                      600 GRANT STREET
cc: debtor(s)                                     SUITE 3250 US STEEL TWR
    original creditor                      PITTSBURGH, PA  15219
    putative creditor                   (412) 471-5566
    counsel for debtor(s)             cmecf@chapter13trusteewdpa.com
    counsel for the creditor(s) (if known)

| DEBTOR(S):<br>CAROL A. RUPINSKI, 18307 COLE ROAD, CONNEAUTVILLE, PA  16406 | DEBTOR'S COUNSEL:<br>DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, PO BOX 966, MEADVILLE, PA  16335 |
|---|---|
| ORIGINAL CREDITOR:<br>PA DEPARTMENT OF REVENUE*, BUR OF COMPL SECT-DEPT 280946, STRAWBERRY SQ, HARRISBURG, PA  17128 | :<br>COMMONWEALTH OF PENNSYLVANIA**, OFC OF THE ATTORNEY GENERAL (PA REV NTCS), 1251 WATERFRONT PL, MEZZANINE LEVEL, PITTSBURGH, PA  15222 |
| NEW CREDITOR: | |