# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Carol A. Rupinski fka Carol A. Brocklehurst |
|---|---|
| CASE NO. | 16-10554-TPA |
| RELATED TO DOCUMENT NO. | Notice of Mortgage Payment Change filed on July 9, 2019 |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The Notice of Mortgage Payment Change Re: Claim No. 5 filed by U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The Notice of Mortgage Payment Changed must be refiled in compliance with W.PA.LBR 5005-13(d). All pdf documents filed through CM/ECF System shall be flattened, so that they cannot be modified.

You must file a flattened Notice of Mortgage Payment Change within ten (10) days of the date of this notice.

Failure to meet this deadline may result in the Notice of Mortgage Payment Change filed on July 9, 2019 being stricken.

This deadline does not affect any other deadlines in the bankruptcy case.

|  |  |  |
|---|---|---|
| July 10, 2019 | By: | Connie Ulysse |
| Date |  | Deputy Clerk |

Copy sent to: Michelle Ghidotti-Gonsalves, Ghidotti/Berger, 1920 Old Tustin Ave., Santa Ana, CA 92705

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Carol A. Rupinski  
    Debtor

Case No. 16-10554-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 1     Date Rcvd: Jul 10, 2019  
                         Form ID: pdf901     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2019.
       +Michelle Ghidotti-Gonsalves,    Ghidotti/Berger,    1920 Old Tustin Ave.,    Santa Ana, CA 92705-7811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2019 at the address(es) listed below:
        Daniel P. Foster    on behalf of Debtor Carol A. Rupinski dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
        Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                               TOTAL: 5