Form 213

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Carol A. Rupinski**
**fka Carol A Brocklehurst**
  Debtor(s)

Bankruptcy Case No.: 16–10554–TPA
Related to Docket No. 61
Chapter: 13
Docket No.: 62 – 61
Concil. Conf.: 11/12/19 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **September 30, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **October 21, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **11/12/19** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan*) will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 15, 2019

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-10554-TPA
Carol A. Rupinski                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: jmar              Page 1 of 2           Date Rcvd: Aug 15, 2019
                               Form ID: 213            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2019.
```
db             +Carol A. Rupinski,    18307 Cole Road,    Conneautville, PA 16406-4019
14242291       +Claims Recovery Systems,    POB 703,   Carnegie, PA 15106-0703
14269298       +Commonwealth of Pennsylvania, Dept L&I,    Office of UC Benefits & Policy,
                 651 Boas Street, 6th Floor,    Harrisburg, PA 17121-0725
14242292       +First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3401
14242294       +Fnb Consumer Disccount Co,    908 Park Avenue,    Meadville, PA 16335-3331
14242295       +HSBC Bank,   POB 5253,    Carol Stream, IL 60197-5253
14242296        Linebarger Goggan Blair & Sampson, LLP,    P.O. Box 90128,    Harrisburg, PA 17109-0128
14277622      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                 P.O. Box 619096,    Dallas, TX 75261-9741)
14242301       +Northwestern REC,    22534 State Highway 86, POB 207,    Cambridge Springs, PA 16403-0207
14242302       +PA Department of Labor & Industry,    Unemployment Compensation,    651 Forster Street #6,
                 Harrisburg, PA 17121-0001
14242306       +Progressive,   6300 Wilson Mills Road,    Cleveland, OH 44143-2182
14242307       +Rebecca S. Ankenbauer,    18260 Cole Road,    Conneautville, PA 16406-4018
14242309       +Sharp Collections, Inc.,    114 North Mercer Avenue,    P.O. Box 81,   Sharpsville, PA 16150-0081
14242310       +Sky Bank,   119 East Fifth Street,    East Liverpool, OH 43920-3030
14886483       +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                 1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
14242311       +Valley Dental Center,    906 Washington Street,    Conneautville, PA 16406-7138
14242312       +Windstream,   2 North Main Street,    Attn: Alice Peace,    Greenville, SC 29601-4874
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14242289       +E-mail/Text: g17768@att.com Aug 16 2019 02:38:29     AT&T Services, Inc.,
                 Karen A. Cavagnaro - Lead Paralegal,    One AT&T Way, Room 3A 231,    Bedminster, NJ 07921-2693
14242288       +E-mail/Text: EBNProcessing@afni.com Aug 16 2019 02:39:01     Afni, Inc.,    Attn: Bankruptcy,
                 Po Box 3097,   Bloomington, IL 61702-3097
14242290       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 16 2019 02:40:39     Capital 1 Bank,
                 Attn: Bankruptcy Dept.,    Po Box 30285,   Salt Lake City, UT 84130-0285
14242293       +E-mail/Text: bankruptcy@fncbinc.com Aug 16 2019 02:38:22
                 First National Collection Bureau, Inc.,    610 Waltham Way,   Sparks, NV 89437-6695
14242297       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 16 2019 02:40:43     LVNV Funding LLC,
                 200 Meeting St Ste 206,    Greenville, SC 29615-5833
14242300       +E-mail/Text: bankruptcydepartment@tsico.com Aug 16 2019 02:39:19     Nco Financial,   Pob 15273,
                 Wilmington, DE 19850-5273
14242299       +E-mail/Text: bankruptcydepartment@tsico.com Aug 16 2019 02:39:19     Nco Financial,
                 Po Box 15636,   Wilmington, DE 19850-5636
14242305        E-mail/Text: blegal@phfa.org Aug 16 2019 02:38:56     PHFA-HEMAP,    211 North Front Street,
                 POB 8029,   Harrisburg, PA 17105-8029
14242303       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 16 2019 02:38:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
14242304        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 16 2019 02:38:47
                 Pennsylvania Department of Revenue,    Bureau of Compliance,   Dept 280948,
                 Harrisburg, PA 17128-0946
                                                                                              TOTAL: 10
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
cr              U.S. Bank Trust National Association, as Trustee o
14242298*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy,    350 Highland Drive,
                 Lewisville, TX 75067)
14273803*     ++PENNSYLVANIA HOUSING FINANCE AGENCY,    211 NORTH FRONT STREET,    HARRISBURG PA 17101-1406
               (address filed with court: PHFA/HEMAP,    211 NORTH FRONT ST,    PO BOX 8029,
                 HARRISBURG, PA 17105)
14242308      ##+Seneca Motors, Inc,    3368 State Route 257,    Seneca, PA 16346-2534
                                                                                   TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-1           User: jmar                  Page 2 of 2                  Date Rcvd: Aug 15, 2019
                               Form ID: 213                Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2019 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Carol A. Rupinski dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                         TOTAL: 5
```