Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Carol A. Rupinski** | : | Case No. 16–10554–TPA |
| **fka Carol A Brocklehurst** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

      *AND NOW,* this ***The 1st of October, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 16-10554-TPA
Carol A. Rupinski                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 2              Date Rcvd: Oct 01, 2019
                              Form ID: 309            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2019.
```
db              +Carol A. Rupinski,    18307 Cole Road,    Conneautville, PA 16406-4019
14242291        +Claims Recovery Systems,    POB 703,    Carnegie, PA 15106-0703
14269298        +Commonwealth of Pennsylvania, Dept L&I,    Office of UC Benefits & Policy,
                 651 Boas Street, 6th Floor,    Harrisburg, PA 17121-0725
14242292        +First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3401
14242294        +Fnb Consumer Disccount Co,    908 Park Avenue,    Meadville, PA 16335-3331
14242296         Linebarger Goggan Blair & Sampson, LLP,    P.O. Box 90128,    Harrisburg, PA 17109-0128
14277622       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,     ATTN: Bankruptcy Department,
                 P.O. Box 619096,    Dallas, TX 75261-9741)
14242301        +Northwestern REC,    22534 State Highway 86, POB 207,    Cambridge Springs, PA 16403-0207
14242302        +PA Department of Labor & Industry,    Unemployment Compensation,    651 Forster Street #6,
                 Harrisburg, PA 17121-0001
14242306        +Progressive,    6300 Wilson Mills Road,    Cleveland, OH 44143-2182
14242307        +Rebecca S. Ankenbauer,    18260 Cole Road,    Conneautville, PA 16406-4018
14242309        +Sharp Collections, Inc.,    114 North Mercer Avenue,    P.O. Box 81,    Sharpsville, PA 16150-0081
14242310        +Sky Bank,    119 East Fifth Street,    East Liverpool, OH 43920-3030
14886483        +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                 1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
14242311        +Valley Dental Center,    906 Washington Street,    Conneautville, PA 16406-7138
14242312        +Windstream,    2 North Main Street,    Attn: Alice Peace,    Greenville, SC 29601-4874
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14242289        +EDI: ATTWIREBK.COM Oct 02 2019 07:38:00      AT&T Services, Inc.,
                 Karen A. Cavagnaro - Lead Paralegal,    One AT&T Way, Room 3A 231,    Bedminster, NJ 07921-2693
14242288        +EDI: AFNIRECOVERY.COM Oct 02 2019 07:38:00      Afni, Inc.,    Attn: Bankruptcy,    Po Box 3097,
                 Bloomington, IL 61702-3097
14242290        +EDI: CAPITALONE.COM Oct 02 2019 07:38:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
14242293        +E-mail/Text: bankruptcy@fncbinc.com Oct 02 2019 04:01:15
                 First National Collection Bureau, Inc.,    610 Waltham Way,    Sparks, NV 89437-6695
14242295        +EDI: HFC.COM Oct 02 2019 07:38:00      HSBC Bank,    POB 5253,    Carol Stream, IL 60197-5253
14242297        +EDI: RESURGENT.COM Oct 02 2019 07:38:00      LVNV Funding LLC,    200 Meeting St Ste 206,
                 Greenville, SC 29615-5833
14242297        +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 02 2019 03:59:47      LVNV Funding LLC,
                 200 Meeting St Ste 206,    Greenville, SC 29615-5833
14242300        +E-mail/Text: bankruptcydepartment@tsico.com Oct 02 2019 04:02:41      Nco Financial,    Pob 15273,
                 Wilmington, DE 19850-5273
14242299        +E-mail/Text: bankruptcydepartment@tsico.com Oct 02 2019 04:02:41      Nco Financial,
                 Po Box 15636,    Wilmington, DE 19850-5636
14242305         E-mail/Text: blegal@phfa.org Oct 02 2019 04:02:14      PHFA-HEMAP,    211 North Front Street,
                 POB 8029,    Harrisburg, PA 17105-8029
14242303        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 02 2019 04:02:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
14242304         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 02 2019 04:02:01
                 Pennsylvania Department of Revenue,    Bureau of Compliance,    Dept 280948,
                 Harrisburg, PA 17128-0946
                                                                                               TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
cr              U.S. Bank Trust National Association, as Trustee o
14242298*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy,    350 Highland Drive,
               Lewisville, TX 75067)
14273803*     ++PENNSYLVANIA HOUSING FINANCE AGENCY,    211 NORTH FRONT STREET,    HARRISBURG PA 17101-1406
               (address filed with court: PHFA/HEMAP,    211 NORTH FRONT ST,    PO BOX 8029,
               HARRISBURG, PA 17105)
14242308      ##+Seneca Motors, Inc,    3368 State Route 257,    Seneca, PA 16346-2534
                                                                                     TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-1          User: jmar              Page 2 of 2             Date Rcvd: Oct 01, 2019
                              Form ID: 309            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2019 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Carol A. Rupinski dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5
```