**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CAROL A. RUPINSKI<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:16-10554 TPA<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 06/08/2016 and confirmed on 12/05/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 20,090.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 20,090.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,700.00 | |
|   Trustee Fee | 882.75 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,582.75 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NATN'L TRUST ASSN - TRUSTEE<br>  Acct: 3508 | 0.00 | 13,951.19 | 0.00 | 13,951.19 |
| PHFA(*)<br>  Acct: 8965 | 0.00 | 901.19 | 0.00 | 901.19 |
| US BANK NATN'L TRUST ASSN - TRUSTEE<br>  Acct: 3508 | 2,083.05 | 361.53 | 0.00 | 361.53 |
| PA DEPARTMENT OF REVENUE*<br>  Acct: 0802 | 657.50 | 23.70 | 49.22 | 72.92 |
| PA DEPARTMENT OF LABOR & INDUSTRY<br>  Acct: 8068 | 569.93 | 88.25 | 132.17 | 220.42 |
| SENECA MOTORS INC<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 15,507.25 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ**<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CAROL A. RUPINSKI<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| CLAIMS RECOVERY SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0906 | | | | |
| FIRST NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0071 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6996 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0160 | | | | |
| NORTHWESTERN REC | 792.95 | 0.00 | 0.00 | 0.00 |
| Acct: 0501 | | | | |
| CONNEAUT TOWNSHIP (PERCAPITA) | 245.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6547 | | | | |
| WINDSTREAM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7573 | | | | |
| OFFICE OF UC BENEFITS POLICY** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR VA( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR VA( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PROGRESSIVE INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VALLEY DENTAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                              15,507.25

TOTAL CLAIMED
PRIORITY            0.00
SECURED         3,310.48
UNSECURED       1.037.95

Date: 11/07/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com